Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing_office@speakeasy.net

Attorneys for Plaintiff RICHARD A. HICKS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. HICKS, | Case No.: 1: 10-cv-00515-SMS (SS) |
| Plaintiff, | STIPULATION EXTEND TIME |
| v. | |
| Michael J. Astrue, Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE SANDRA SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including December 16, 2010, in which to file Opening Brief.

///

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

This request is made at the request of Plaintiff's counsel to continue settlement discussions.  Plaintiff's counsel will request no further extensions if this matter is not resolved.

DATE: November 22, 2010            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/ Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Richard A. Hicks

DATE:  November 19, 2010       BENJAMIN B. WAGNER
United States Attorney

/s/ *Leslie Alexander*

BY: _____
Leslie Alexander
Attorneys for defendant Michael Astrue

-2-

PDF created with pdfFactory trial version www.pdffactory.com

Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
MR. RICHARD A. HICKS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD A. HICKS, | ) Case No.: 1:10-cv-00515 SMS (SS) |
| Plaintiff, | ) |
| v. | ) ORDER EXTENDING BRIEFING ) SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | ) ) ) |
| Defendant. | ) ) |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 16, 2010, in which Plaintiff's shall file her Opening Brief; and that all other deadlines set forth in the March 24, 2010 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.


Dated:  November 24, 2010          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com