UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD A. HICKS,                        1:10-cv-00515-SMS

                    Plaintiff,      **ORDER DIRECTING PRO SE
                                    PLAINTIFF TO FILE OPENING
vs.                                 BRIEF BY JUNE 13, 2011**

MICHAEL J. ASTRUE,                  **ORDER DIRECTING CLERK TO
Commissioner of Social              SERVE PRO SE PLAINTIFF**
Security,

                    Defendants.
_____/

     Plaintiff is proceeding pro se with this action seeking

judicial review of a final decision of the Commissioner of Social

Security denying his application for benefits.  Pursuant to the

consent of the parties (Docs. 8 & 10), the matter has been

referred to the Magistrate Judge for all proceedings, including

the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed.

R. Civ. P. 73(b), and Local Rule 301.

     The motion of Attorney Denise Bourgeois Haley to withdraw as

attorney of record for plaintiff (Doc. 18) was granted on

February 11, 2011 (Doc. 22).  Ms. Haley also requested therein

that the Court grant plaintiff additional time to find new

1

counsel, and extend the time for plaintiff to file his opening brief.  Therefore, the Court granted plaintiff to and through March 31, 2011, by which to file his opening brief.  However, since on or about March 25, 2011, up to and through approximately May 9, 2011, this Court's staff has attempted to assist plaintiff in locating new legal counsel, which is in the best interest of all concerned, by providing an attorney in Bakersfield, as well as an attorney in Modesto, with a copy of plaintiff's 500-page administrative record on disc for review.  Upon review, both attorneys have declined to represent plaintiff.

Therefore, referencing and reiterating herein for plaintiff's convenience, the Court's order of February 11, 2011, specifically, pages 4-6 thereof, **plaintiff is HEREBY ORDERED to file his opening brief by June 13, 2011, with or without the assistance of legal counsel, utilizing the following guidelines:**

Plaintiff's Opening Brief

Plaintiff's opening brief *must* be filed and served by **June 13, 2011.**  Plaintiff *must* serve a copy of the opening brief on Defendant by serving all the attorneys listed for defendant on the court docket, at the addresses noted on the court docket, as follows:

| | |
|---|---|
| **Daniel P. Talbert** | **Alyson A. Berg** |
| Social Security Administration | United States Attorney's Office |
| 333 Market Street, Suite 1500 | 2500 Tulare Street, Suite 4401 |
| San Francisco, CA 94105 | Fresno, CA 93721 |
| 415-977-8926 | 559-497-4000 |
| Fax: 415-744-0134 | Fax: 559-497-4099 |

Plaintiff *must* also file the original opening brief, together with a copy, with the Court, by either personal delivery or via U.S. mail, as follows:

2

1                Office of the Clerk
                United States District Court

2                Eastern District of California
                2500 Tulare Street, Suite 1501

3                Fresno, CA 93721

4       <u>Plaintiff's opening brief *must* contain the following</u>:

5       **(1)** a plain description of plaintiff's alleged physical or

6 emotional impairments, when plaintiff contends they became

7 disabling, and how they disabled plaintiff from work;

8       **(2)** a summary of the administrative proceedings before the

9 Social Security Administration;

10       **(3)** a summary of the relevant testimony at the

11 administrative hearing;

12       **(4)** a summary of all relevant medical evidence, including

13 an explanation of the significance of clinical and laboratory

14 findings, and the purpose and effect of prescribed medication and

15 therapy;

16       **(5)** a recitation of the Social Security Administration's

17 findings and conclusions relevant to plaintiff's claims;

18       **(6)** a short, separate statement of each of plaintiff's

19 legal claims stated in terms of the insufficiency of the evidence

20 to support a particular finding of fact or reliance on an

21 erroneous legal standard; and,

22       **(7)** argument separately addressing each claimed error.

23     All references to the administrative record and all

24 assertions of fact *must* be accompanied by citations to the

25 administrative record.  Argument in support of each claim of

26 error *must* be supported by citation to legal authority and

27 explanation of the application of such authority to the facts of

28 the particular case.  <u>Briefs that do not substantially comply</u>

with these requirements will be stricken.  A document that is stricken becomes null and void and is not considered by the Court for any purpose.

**PLAINTIFF IS HEREIN ADVISED THAT FAILURE TO TIMELY FILE HIS OPENING BRIEF WILL RESULT IN OUTRIGHT DISMISSAL OF THIS ENTIRE ACTION.**

IT IS SO ORDERED.

**Dated:    May 12, 2011**                          /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE